IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 698-004 |
| | * | |
| TERESA GRIGGS | * | |

**O R D E R**

On August 21, 1998, Defendant Teresa Griggs was sentenced to serve 9 months upon her conviction for conspiracy, a violation of 18 U.S.C. § 371. At present, Griggs asks the Court to expunge her record of this conviction because it is a hindrance to her employment prospects.

It is well established that "[t[here is no specific constitutional or general statutory right to expungement." United States v. Carson, 366 F. Supp. 2d 1151, 1154 (M.D. Fla. 2004) (citing Sealed Appellant v. Sealed Appellee, 130 F.3d 695, 699-700 (5th Cir. 1997)). To the extent a district court has an inherent authority to grant expungement, such privilege is "one of exceedingly narrow scope." Rogers v. Slaughter, 469 F.2d 1084, 1085 (5th Cir. 1972); see also United States v. Meyer, 439 F.3d 855, 860 (8th Cir. 2006) ("We have recognized . . . an inherent but narrow power to expunge federal criminal records in extreme cases."); United States v. Flowers, 389 F.3d 737, 739 (7th Cir.

2004) ("[E]xpungement is, in fact, an extraordinary remedy and . . . unwarranted adverse consequences [resulting from the maintenance of the records] must be uniquely significant in order to outweigh the strong public interest in maintaining accurate records."). Here, Defendant has not presented extraordinary circumstances that would justify expungement of her criminal conviction. As stated in Rogers, 469 F.2d at 1085, "[t]he judicial editing of history is likely to produce a greater harm than [that] sought to [be] corrected." Accordingly, despite the continued adverse effect of the conviction, the Court is not convinced that this is a case which justifies the exercise of its discretion to expunge a public record.

Upon the foregoing, Defendant Griggs's motion to expunge (doc. no. 69) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 27th day of June, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA