IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 698-004 |
| | * | |
| TERESA GRIGGS | * | |

O R D E R

On June 27, 2022, the Court denied Defendant Teresa Griggs's motion to expunge her record of conviction in this case. The Court denied her motion for reconsideration on August 12, 2022. Undeterred, Griggs sent another letter to the undersigned judge and attaches a letter of support. The Court nevertheless remains of the opinion that Griggs has not demonstrated extraordinary circumstances warranting the requested relief. Accordingly, to the extent that Griggs is again petitioning the Court to expunge her record (doc. 74), the motion is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of October, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA